JEFFREY D. OLSTER
Nevada Bar No. 008864
olster@lbbslaw.com
KRISTIN E. MEREDITH
Nevada Bar No. 011655
meredith@lbbslaw.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702-893-3383
Fax: 702-893-3789

Attorneys for Defendant
*ACE American Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE DHANDA and JOSE LEMUS,<br><br>        Plaintiffs,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, DOES I through V, and ROES I through V, inclusive,<br><br>        Defendants. | Case No. 2:11-cv-00733-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JESSIE DHANDA** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Jessie Dhanda, through his counsel, Christensen Law Offices, LLC, and defendant ACE American Insurance Company ("ACE"), through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that this

. . .

. . .

. . .

action be dismissed with prejudice, with each party to bear his/its own costs and attorneys' fees.[1]

DATED this 12th day of August, 2011.        DATED this 15th day of August, 2011.

CHRISTENSEN LAW OFFICES, LLC                LEWIS BRISBOIS BISGAARD & SMITH LLP

_____                 _____
Derek Nelson                                Jeffrey D. Olster
1000 South Valley View Boulevard            6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89102                     Las Vegas, Nevada 89118
*Attorney for Plaintiff*                    *Attorneys for Defendant*
*Jose Lemus*                                *ACE American Insurance Company*

## ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs.

DATED this 17 day of August, 2011.

_____
U.S. DISTRICT COURT JUDGE

---

[1] Plaintiff Jose Lemus has previously stipulated to dismiss his claims with prejudice (Doc. 11). Accordingly, with this dismissal of the claims by plaintiff Jessie Dhanda, this action can now be dismissed in its entirety.